IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILBERT BENOIT, | : | |
| | : | |
|     Petitioner | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-15-1762 |
| | : | |
| WARDEN DAVID EBBERT, | : | (Judge Brann) |
| | : | |
|     Respondent | : | |

## **ORDER**

October 16, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Benoit's habeas corpus petition is **DISMISSED WITHOUT PREJUDICE**.

2. Petitioner may seek authorization from the United States Court of Appeals for the Eleventh Circuit for leave to file a second or successive § 2255 petition.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/ Mathew W. Brann
Matthew W. Brann
United States District Judge